IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN TIESO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-31 (PTG/JFA) |
| ) | |
| THE CATHOLIC UNIVERSITY OF AMERICA ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss for Failure to State a Claim or, in the Alternative, for Summary Judgment (Dkt. 6). For the reasons stated from the bench, it is hereby

ORDERED that the Motion (Dkt 6) is GRANTED in part and DENIED in part. Counts I, II and III are hereby DISMISSED. Defendant's request for Summary Judgment is DENIED.

Entered this 31st day of March, 2022.

/s/
Patricia Tolliver Giles
United States District Judge